IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Norma Diane Fritz
James Leach
5124 College Street
Finleyville Pa. 15332

Civil Division

Case No. 11-0129

    Plaintiff,

v.

Weltman, Weinberg & Reis Co., L.P.A.
Danielle Pecenka Cullen
James Warmbrodt, Esquire
Sarah E. Ehasz
Benjamin Bibler
Erin Breen, Employee
John Doe, One Up,
Jane Doe, One Up,

    Defendants.

## DEFENDANT'S MOTION TO DISMISS
## THE AMENDED COMPLAINT WITH PREJUDICE

Defendants Weltman, Weinberg & Reis Co., L.P.A., Danielle Pecenka Cullen, James Warmbrodt, Esquire, Sarah E. Ehasz, Benjamin Bibler, Erin Breen, Employee, John Doe, One Up, Jane Doe, One Up, by their undersigned counsel, hereby move this Court for an Order dismissing the Amended Complaint with prejudice. In further support of this motion, Defendants incorporate by reference the Memorandum of Law filed contemporaneously herewith and incorporated herein by reference.

                                        Strassburger McKenna Gutnick
                                        & Gefsky

Date: 6-16-2011                    By: /s/ Joseph R. Lawrence
                                           Joseph R. Lawrence
                                           Pa. ID No. 65709
                                           Trent A. Echard, Esquire
                                           Pa. ID No. 206598

                                           Four Gateway Center
                                           444 Gateway Center, Suite 2200
                                           Pittsburgh, PA 15222
                                           412-281-5423 (Office)
                                           412-281-8264 (Fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion To Dismiss The Amended Complaint with Prejudice was served via CM/ECF filing and by First Class Mail, U.S. Mail, postage prepaid, this 16th day of June, 2011, on the following:

Norma Diane Fritz, pro se
James Leach, pro se
5124 College Street
Finleyville, PA 15332

STRASSBURGER McKENNA
GUTNICK & GEFSKY

By:  /s/ Joseph R. Lawrence
Joseph R. Lawrence
Pa. ID No. 65709
Trent A. Echard, Esquire
Pa. ID No. 206598

Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
(412) 281-5423 (Office)
(412) 281-8264 (Fax)

*Counsel for Defendant*