SCANN-

## IN THE UNITED STATE COURT OF THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Norma Diane Fritz** ) | |
| **James Leach** ) | |
| **5124 College Street** ) | |
| **Finleyville Pa. 15332** ) | |
| ) | |
| **PLAINTIFF** ) | **Case No. 11-0129** |
| **V.** ) | |
| ) | |
| **Weltman, Weinberg & Reis Co., L.P.A.** ) | **Motion to Voluntary  Dismiss** |
| **James Warmbrodt, Esquire,** ) | **(withdraw)** |
| **Sarah E. Ehasz** ) | |
| **Benjamin Bibler** ) | **Fair Debt Collection Practices Act,** |
| **Danielle Pecenka Cullen, Esquire** ) | **Title 15 U.S.C. § 1692 et seq.** |
| **Erin Breen, Employee** ) | |
| **John Doe, One Up,** ) | **Pennsylvania Fair Credit Extension** |
| **Jane Doe, One Up,** ) | **Uniformity Act, § 2270.1 et seq.** |
| ) | |
| **DEFENDANT** ) | |

## MOTION TO VOLUNTARY  DISMISS

AND NOW comes the Plaintiff's Norma D Fritz and James Leach and request A Motion To Voluntary Dismiss case No 11-0129, the Plaintiff's Amended Complaint filed on June 16, 2011  The Plaintiff requests that the Plaintiff and the Defendant both pay their own costs for attorney fees and court costs  The Plaintiff also requests that the Defendant's counsel, Straussburger, McKenna, Gutnick & Gefsky kindly prepare the stipulation for our review to file for dismissal as Norma D Fritz had discussed per our phone communication on 7-25-2011 with the Defendants counsel.

Norma D Fritz and James Leach

5124 College St. Finleyville PA 15332

724-263-2678

AND NOW, THIS 29th DAY OE
July 4, IT IS HEREBY
ORDERED THAT THE WITHIN
MOTION IS GRANT D.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

2011 JUL 27 AM 11: 07